UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE RONSHAGEN,<br><br>    Plaintiff,<br><br>v.<br><br>YUME, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-00460-JST<br><br>**ORDER TO SHOW CAUSE AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Dianne Ronshagen filed this case on January 19, 2018. ECF No. 1. As of today's date, she has not filed a proof of service of the complaint as to any defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). More than 90 days have elapsed since the complaint was filed.

Accordingly, Plaintiff is now ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice. A written response to this Order is due by May 16, 2018. The Court will conduct a Show Cause Hearing on May 23, 2018 at 2:00 p.m.

/ / /

/ / /

/ / /

/ / /

/ / /

1 The Case Management Conference currently scheduled for May 9, 2018 is CONTINUED
to May 23, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 7, 2018

_____
JON S. TIGAR
United States District Judge